# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| OSCAR CLIFTON,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, WARDEN,<br><br>    Respondent. | No. CV 08-8349-GAF (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed.

DATED: June 20, 2011

                                              GARY A. FEESS
                               UNITED STATES DISTRICT JUDGE